# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALTER BOWDEN**
**ADC #068024**                                                              **PETITIONER**

v.                        No. 5:13-cv-61-DPM-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                           **RESPONDENT**

## ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition, № 7. Bowden has not objected. After reviewing for legal error and clear error of fact on the face of the record, the Court adopts the proposal. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee notes). Hobbs's motion to dismiss, № 5, is granted. Bowden's petitions for writ of habeas corpus, № 1 & 2, are dismissed with prejudice. A certificate of appealability will not issue. 28 U.S.C. § 2253(c)(1)(A).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2013