IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER BOWDEN
ADC #068024                                                               PETITIONER

v.                              No. 5:13-cv-61-DPM

RAY HOBBS, Director,
Arkansas Department of Correction                                 RESPONDENT

## JUDGMENT

Bowden's petitions for writ of habeas corpus, № 1 & 2, are dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

23 May 2013